USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

EVELINA CALCANO, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

          Plaintiffs,

-against-

RENEW HOLDINGS CORPORATION,

          Defendant.
-------------------------------------------------------------------X

21-CV-4942 (PGG) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on June 30, 2021 (doc. no 11) the Initial Case Management Conference currently scheduled for **September 8, 2021** is hereby adjourned *sine die*.

**SO ORDERED.**

DATED:    New York, New York
                July 1, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge